# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTINE LEE JACOBS, an individual; KRISTINE LEE JACOBS, as guardian of BRIAN C. WOOD, a minor; GINA NEFF, an individual; DUANE JACOBSEN, an individual, Does I to X, and Roe Corporations X to XX,<br><br>Defendants. | Case No. 2:13-cv-00557-APG-GWF<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO DISTRIBUTE CERTAIN FUNDS TO PLAINTIFF JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)** |

AND RELATED COUNTERCLAIM.

On September 5, 2013, stakeholder John Hancock Life Insurance Company (U.S.A.) ("John Hancock") deposited the total amount of $409,349.03 (the "Proceeds") with the Clerk of the Court as required by the court's August 9, 2013 order. [Dkt. No. 29.] On February 13, 2014, the court granted John Hancock's renewed motion for discharge, and also awarded John Hancock its attorneys' fees in the amount of $10,502.39 (to be paid from the Proceeds held in the court's registry). [Dkt. No. 37.] The Clerk of the Court entered civil judgment in John Hancock's favor the following day. [Dkt. No. 38.]

///

///

///

///

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall issue immediate payment from the Proceeds currently on deposit in the court's registry in the total amount of TEN THOUSAND FIVE HUNDRED TWO DOLLARS AND THIRTY NINE CENTS ($10,502.39) to:

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)
c/o Daniel P. Kiefer
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., #600
Las Vegas, NV  89169,

DATED this 7th day of March, 2014.

_____
**UNITED STATES DISTRICT JUDGE**