UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KRISTINE LEE JACOBS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:13-cv-0557-APG-GWF<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

The Court ordered defendant Jacobs to submit names of potential guardian ad litems for the minor child. (Dkt. #39.) Jacobs submitted three names. (Dkt. #43.) The Court has reviewed those candidates' credentials, and hereby appoints Edward Kainen to serve as guardian ad litem for the minor child. Jacobs shall notify Mr. Kainen of his appointment and provide him a copy of this Order as soon as possible. Mr. Kainen shall file a notice of appearance confirming his acceptance of this appointment. Thereafter, the parties shall confer about how to proceed with this case, and shall submit a Joint Status Report discussing their intentions (or competing intentions if they cannot agree). If the parties anticipate needing to conduct discovery, they should submit a proposed discovery plan for review by the magistrate judge. The parties may request a status/scheduling conference with either the district judge or magistrate judge should they deem that necessary.

Dated: July 8, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE