# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan Corporation<br><br>Plaintiff,<br><br>vs.<br><br>KRISTINE LEE JACOBS, an individual; KRISTINE LEE JACOBS, as guardian of B.W., a minor; GINA NEFF, an individual; DUANE JACOBSEN, an individual; Does I to X and roe Corporations X to XX,<br><br>Defendants. | CASE NO. 2:13-cv-00557-APG-GWF<br><br>**ORDER GRANTING EMERGENCY MOTION FOR RELEASE OF INTERPLEAD FUNDS**<br><br>(ECF No. 55) |

Defendant Kristine Jacobsen f/k/a Kristine Lee Jacobs, as guardian of Brandon Charles Wood moved for release of the interplead funds. ECF No. 55. No party has opposed the motion, and there is good cause to grant it.

IT IS HEREBY ORDERED that Jacobs' emergency motion **(ECF No. 55) is GRANTED**. The Clerk of the Court is hereby ordered to distribute the interplead funds totaling $396,979.67 directly to "Brandon Charles Wood, c/o Garman Turner Gordon."

DATED: August 9, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE